TIMOTHY L. SKELTON (SBN 200432)
LAEL D. ANDARA (SBN 215416)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA  90071-2213
Telephone:  (213) 312-2000
Facsimile:  (213) 312-2001
Email:      tskelton@rmkb.com
            landara@rmkb.com

Attorneys for Plaintiff
LSI PRODUCTS INC

FILED
2012 SEP 25 PM 3:56
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LSI PRODUCTS INC,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY STRAND, STRAND INDUSTRIES, and SIDE X SIDE INDUSTRIES<br><br>Defendants. | Case No. CV12-8275-JFW (RZx)<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: |

Plaintiff LSI Products Inc. ("LSI") complains against defendants Ashley Strand, Strand Industries, and Side X Side Industries, alleges as follows:

## NATURE OF THE ACTION:

1. This is an action arising under the patent laws of the United States, title 35 of the United States Code. This Court has original jurisdiction over the matter of this claim under 28 U.S.C. § 1338(a). LSI files this action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. §§ 1, et seq.

2. LSI asserts these claims as a result of Defendants' knowing and willful

RC1/6634326.3/TLS                                                   COMPLAINT

use, without permission or license, of LSI's patented design on a door set for a Recreational Vehicle as claimed in United States D659,062 ('D062 Patent), attached hereto as Exhibit "A" to the instant complaint.

3. LSI seeks the full extent of relief available to it under the Patent Act, including a preliminary and permanent injunction against Defendants' continued acts, the costs of this action including reasonable attorney's fees, and for such other and further relief as this Court may seem just, proper, and equitable.

## JURISDICTION AND VENUE:

4. This Court has subject matter jurisdiction over the claims under 28 U.S.C. §§ 1331, 1332, and 1338(a).

5. Upon information and belief, LSI alleges that defendants have conducted business, including the acts giving rise to this Complaint, within this judicial district. Therefore, this Court has personal jurisdiction over Defendants.

6. A substantial portion of the acts giving rise to this complaint were committed within this judicial district. Venue is therefore proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c), and 1400 (b), as Defendant is subject to personal jurisdiction, do business, and have committed acts of infringement in this district.

## THE PARTIES:

7. Plaintiff LSI dba Pro Armor is a California corporation with its principal place of business at 5867 Jasmine Street in Riverside, California. LSI is the exclusive licensee all rights to the patent-in-suit.

8. Upon information and belief, LSI alleges that defendant Strand Industries aka Ash Strand Industries is located at 9820 Indiana Ave, Suite 13 in Riverside, California, is a business entity of unknown form (or a DBA of defendant Ashley Strand), and has done business in numerous districts throughout the United States, including, but not limited to, the Central District of California.

9. Upon information and belief, LSI alleges that defendant Ashley Strand

1  resides at 14499 Campfire Place in Corona, California, is the owner or alter ego of
2  Strand Industries, and has either personally done or directed Strand Industries to
3  conduct the acts of wrongdoing alleged in this complaint.

4      10.    Upon information and belief, LSI alleges that defendant Side X Side
5  Industries is located at 315 South Richman Avenue in Fullerton, California,
6  operates the Web site sidexside1.com, is a business entity of unknown form (or a
7  DBA of defendant Ashley Strand), and has distributed the infringing goods
8  manufactured by Strand Industries in numerous judicial districts in the United
9  States, including, but not limited to the Central District of California.

10      11.    The true names and capacities of Defendants sued as Does 1-10 are
11  unknown to LSI. LSI is informed and believes that each Doe defendant is legally
12  responsible in some manner for the wrongs alleged in this complaint, either by
13  being part of the manufacture of the infringing goods, by selling the infringing
14  goods, or otherwise participating in the wrongdoing.

15  **ALLEGATIONS COMMON TO ALL CAUSES OF ACTION:**

16      12.    Alex Danze is the sole inventor and owner of the '069 patent. He is
17  also a principal in LSI.

18      13.    The 'D062 Patent was duly and legally issued by the United States
19  Patent office ("USPTO") on September 9, 2010. Alex Danze has granted LSI an
20  exclusive licensee to use the 'D062 Patent.

21      14.    LSI has complied with the requirements of marking and notice
22  requirements of 28 U.S.C. § 287. Defendants were on notice of Danze's design
23  patent on a door set for a Recreational Vehicle as claimed in 'D062 Patent, as
24  shown in Figs 1-3:

25      15.




FIG. 1          FIG. 2

16. Upon information and belief, Defendants were specifically aware of LSI's design on a door set for a Recreational Vehicle which was on display in various trade magazines, trade shows, and through proarmor.com, as shown:

 

17. Upon information and belief, Strand copied the patented design and product, and began marketing and selling a knock-off infringing door sets in 2011, as shown:

 

Attached hereto as Exhibit "B" to the instant complaint are snapshots of Defendant's website selling the knock-off doors, http://www.str8upmotorsports.com/index.php?route=product/category&path=54

18.  Strand's ornamental design for a door set for a recreational vehicle are a substantially similar ornamental design, as observed by a person of ordinary skill in the art as compared to LSI's patent, specifically Fig 4:



19.  As a functional aspect, the 'D062 Patent does not claim the paneling of the door. When disregarding the sheet metal panels, Defendants' infringing door sets are virtually identical to LSI's doors.

20.  Defendants have no license to use the 'D062 Patent.

21.  In July 2012 a customer brought in their vehicle to LSI, and the knock-off doors were observed for the first time.

22.  On July 10, 2012, LSI sent a letter to Strand further placing him on notice of the 'D062 Patent, and requested that Strand immediately cease the manufacture and sale of his knock-off product. Thereafter, Strand contacted LSI's Counsel, and on August 13, Strand informed LSI's counsel that Strand would stop the manufacture and sale of the knock-off doors no later than August 15. Then, on September 5, Strand confirmed to LSI's counsel that Strand had in fact stopped the manufacture and sale of the knock-off doors, and had no immediate plans of resuming their manufacture and sale. But just days later at a trade show, Strand informed LSI's sales manager that he had not stopped the manufacture and sale of the knock-off doors, and that he had no intention of stopping, and invited LSI to bring the present suit.

23. Upon information and belief, Strand continues to manufacture and sell the knock-off products and denies infringement of the 'D062 patent.

**FIRST CLAIM FOR RELIEF:**

(Design Patent Infringement, 35 U.S.C. § 1, et seq. against all Defendants)

24. The allegations of the paragraphs above are incorporated herein by reference.

25. Defendants Strand and Strand Industries are designing, making, using, offering for sale, and selling a line of doors that directly copy the 'D062 Patent, thereby infringing the patent.

26. By committing the acts alleged herein, including but not limited to designing, making, using, offering for sell, and selling the knock-off doors, Strand, Strand Industries, and the other defendants have infringed, induced and/or contributed to the infringement of the 'D062 Patent.

27. Upon information and belief, LSI alleges that Defendants' infringement, inducement of infringement, and/or contributory infringement of the 'D062 Patent has been willful, deliberate, knowing and with wanton disregard of the patent rights of LSI.

28. Upon information and belief, LSI alleges that Defendants will continue to infringe, continue to induce others to infringe, and/or continue to contributorily infringe the 'D062 Patent to LSI's irreparable damage unless enjoined by this Court.

29. LSI has been damaged by the foregoing infringing acts of Defendants. The exact amount of such damages can be determined upon an accounting.

RC1/6634326.3/TLS                                                         COMPLAINT

# JURY DEMAND

LSI demands a trial by jury on all issues so triable.

**WHEREFORE**, LSI respectfully demands judgment against Defendants, including its affiliates, officers, agents, servants, and employees, and all persons in active concert or participation with them, as follows:

    a) A preliminary injunction enjoining Defendants during the pendency of this action and thereafter permanently, from infringement of the 'D062 patent;

    b) An award to LSI of such damages as it shall prove at trial against Defendants, after a full accounting of all damages that LSI has suffered as a result of Defendants' unlawful conduct, said damages to be no less than a reasonable royalty;

    c) An award to LSI of all damages so determined for willful infringement, in accordance with 35 U.S.C. §284, together with prejudgment interest;

    d) A determination that this case is exceptional within the meaning of 35 U.S.C. §285, and an award to LSI of the costs of this action and its reasonable attorneys' fees; and

    e) Such other and further relief as this Court or Jury may determine to be just and proper.

DATED: September 25, 2012

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
TIMOTHY L. SKELTON
LAEL D ANDARA
Attorneys for Plaintiff
LSI PRODUCTS INC

**EXHIBIT A**

US00D659062S

(12) **United States Design Patent**  (10) Patent No.:   **US D659,062 S**
Danze   (45) Date of Patent:  ** May 8, 2012

(54) **DOOR SET FOR A RECREATIONAL VEHICLE**

(76) Inventor: **Alex Danze**, Riverside, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/369,521**

(22) Filed: **Sep. 9, 2010**

(51) **LOC (9) Cl.** .................................. 12-16
(52) **U.S. Cl.** .................................. **D12/196**
(58) **Field of Classification Search** ............ D12/196, D12/90–92, 86, 87, 167, 171, 172, 107; 296/181.1, 296/181.5
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D361,542 S | * | 8/1995 | Arauz et al. | D12/167 |
| D383,710 S | | 9/1997 | Guichard et al. | |
| D389,094 S | | 1/1998 | Stollery | |
| D404,690 S | | 1/1999 | Garand et al. | |
| D414,736 S | | 10/1999 | David | |
| D500,707 S | * | 1/2005 | Lu | D12/87 |
| D545,744 S | | 7/2007 | Turner | |
| D586,261 S | * | 2/2009 | Burns | D12/87 |
| D586,696 S | * | 2/2009 | Burns | D12/87 |
| D639,207 S | * | 6/2011 | Danisi | D12/82 |

* cited by examiner

*Primary Examiner* — Melody N Brown
(74) *Attorney, Agent, or Firm* — Kirk A. Buhler; Buhler & Associates

(57) **CLAIM**

The ornamental design for a door set for a recreational vehicle, as shown and described.

**DESCRIPTION**

FIG. 1 is a side elevation view of a driver side door of a door set for a recreational vehicle showing my new design;
FIG. 2 is an opposite side elevation view of a driver side door thereof;
FIG. 3 is a side elevation view of a passenger side door thereof;
FIG. 4 is an opposite side elevation view of a passenger side door thereof;
FIG. 5 is a front elevation view of a passenger side door thereof;
FIG. 6 is a front elevation view of a driver side door thereof;
FIG. 7 is a rear elevation view of a passenger side door thereof;
FIG. 8 is a rear elevation view of a driver side door thereof;
FIG. 9 is a bottom plan view of a driver side door thereof;
FIG. 10 is a bottom plan view of a passenger side door thereof;
FIG. 11 is a top plan view of a driver side door thereof;
FIG. 12 is a top plan view of a passenger side door thereof;
FIG. 13 is a perspective view of a driver side door thereof;
FIG. 14 is a perspective view of a driver side door of a door set for a recreational vehicle showing second embodiment of my new design, the passenger side door being substantially a mirror image that is not presently shown; and,
FIG. 15 is a perspective view of a driver side door of a door set for a recreational vehicle showing third embodiment of my new design, the passenger side door being substantially a mirror image that is not presently shown.
The broken lines shown in the FIGS. 1-8 and 13-15 drawing views are shown for illustrative purposes only and form no part of the claimed design.

1 Claim, 6 Drawing Sheets



EXHIBIT ___A___  PAGE ___8___



FIG. 1

FIG. 2

EXHIBIT A PAGE 9

U.S. Patent    May 8, 2012    Sheet 2 of 6    US D659,062 S



FIG. 3



FIG. 4

EXHIBIT A PAGE 10



FIG. 5



FIG. 6



FIG. 7



FIG. 8

EXHIBIT A   PAGE 11



FIG. 9

FIG. 10

FIG. 11

FIG. 12


EXHIBIT A PAGE 12



FIG. 13

FIG. 14

EXHIBIT A PAGE 13



FIG. 15



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

```
CV12- 8275 JFW (RZx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[✓] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Timothy L. Skelton (SBN 200437)
Lael D. Andara (SBN 215416)
Ropers, Majeski, Kohn & Bentley
515 South Flower Street, Suite 1100
Los Angeles, CA  90071
Phone: (213) 312-2000
Facsimile: (213) 312-2001
Email:  tskelton@rmkb.com
         landara@rmkb.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LSI Products, Inc.

PLAINTIFF(S)

v.

Ashley Strand, Strand Industries, and Side X Side Industries

DEFENDANT(S).

CASE NUMBER

**CV12-8275 -JFW(RZx)**

**SUMMONS**

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Timothy L. Skelton, whose address is Ropers, Majeski, Kohn & Bentley - 515 South Flower Street, Suite 1100, Los Angeles, CA 90071. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: SEP 2 5 2012

Clerk, U.S. District Court

By: __MARILYN DAVIS__
       Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                              SUMMONS



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
LSI Products Inc.

**DEFENDANTS**
Ashley Strand, Strand Industries, and Side X Side Industries

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Timothy L. Skelton (SBN 200432) tskelton@rmkb.com
Lael D. Andara (SBN 215416) landara@rmkb.com
Ropers, Majeski, Kohn & Bentley
515 South Flower Street, Suite 1100
Los Angeles, CA 90071

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT: $** to be determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
This is an action arising under the patent laws of United States, Title 35 of the United States Code and 35 U.S.C. Sections 1, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities – Employment | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Action | | | |

CV12-8275

**FOR OFFICE USE ONLY:** Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      American LegalNet, Inc. www.FormsWorkflow.com      Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside and Orange | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside, Los Angeles, Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date September 25, 2012
Timothy L. Skelton

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com